**David L. MASINTER,**
**Plaintiff–Appellant,**

v.

**MARLIN DRILLING COMPANY, INC.,**
**Defendant–Appellee.**

No. 90–3265.

United States Court of Appeals,
Fifth Circuit.

July 2, 1991.

ON PETITION FOR REHEARING

Before CLARK, Chief Judge,
RONEY[1], and DUHÉ, Circuit Judges.

1. Circuit Judge of the Eleventh Circuit, sitting by designation.

DUHÉ, Circuit Judge:

Appellant Masinter has filed a petition for rehearing in *Masinter v. Tenneco Oil Company,* 929 F.2d 191 (5th Cir.1991) (*Masinter II*) and a motion to recall and reform the mandate entered in *Masinter v. Tenneco Oil Company,* 867 F.2d 892 (5th Cir.1989) (*Masinter I*). The panel in *Masinter I* recalled and reformed its mandate and instructed the district court to award Masinter interest on his award of future lost wages from the date of the first judgment.

In *Masinter II* this Court ruled that Masinter could only recover interest on his award of future lost wages from the date of a second, modified judgment pursuant to the original mandate in *Masinter I.* Because of the reformation of that mandate we now grant Masinter's petition for rehearing in *Masinter II.* We remand to the district court the issue relating to Masinter's interest award on future lost wages for further proceedings consistent with the reformed mandate in *Masinter I.*

We confirm and reinstate our prior opinion, 929 F.2d 191, in all respects not inconsistent herewith.